IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EUGENE MORRIS,                                                                                          PLAINTIFF
REG #21068-009

v.                                          No. 2:12CV00146 JLH-JJV

MARK ALLEN; KATHLEEN ROWTON;
MARK JANKOWSKI                                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment is GRANTED. Document #24.

2. The complaint is DISMISSED without prejudice for failure to exhaust administrative remedies. Document #1.

3. All pending motions are denied as moot.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

DATED this 8th day of July, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE