# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| EUGENE MORRIS, REG #21068-009 | PLAINTIFF |
| v. No. 2:12CV00146 JLH | |
| MARK ALLEN; *et al.* | DEFENDANTS |

### ORDER

The Court dismissed this action without prejudice on July 8, 2013, and the Eighth Circuit affirmed. Eugene Morris has now filed a document entitled "Question to the Honorable Court," which the Clerk has filed as a motion. Because this case has been concluded, there are no further questions to be addressed, so the motion is DENIED. Document #56.

IT IS SO ORDERED this 30th day of January, 2014.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE