# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

EUGENE MORRIS,     PLAINTIFF
REG #21068-009

v.     No. 2:12CV00146 JLH

MARK ALLEN; *et al.*     DEFENDANTS

## ORDER

The Court dismissed this action without prejudice on July 8, 2013, and the Eighth Circuit affirmed. Eugene Morris has now filed a document entitled "Question to the Honorable Court," which the Clerk has filed as a motion. Because this case has been concluded, there are no further questions to be addressed, so the motion is DENIED. Document #56.

IT IS SO ORDERED this 30th day of January, 2014.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE